# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 771 Disciplinary Docket No. 2 |
| | : | |
| BRUCE R. AKINS, SR. | : | No. 58 DB 1989 |
| | : | |
| | : | Attorney Registration No. 29536 |
| PETITION FR REINSTATEMENT | : | |
| | : | (Philadelphia) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of May, 2017, the Petition for Reinstatement is granted. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).